UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00504-FDW-DSC

CPI Security Systems, Inc.                    )
                                              )
        Plaintiff,                            )
                                              )
vs.                                           )     MOTION FOR ADMISSION
                                              )     *PRO HAC VICE*
Vivint Smart Home, Inc., et al.,              )     and AFFIDAVIT
                                              )
        Defendant.                            )
                                              )
                                              )

NOW COMES Andrew H. Erteschik ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Michael N. Kreitzer ("Applicant"), who seeks permission to represent Defendants Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp. and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc. ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is Florida.

2. Applicant practices under the name of or as a member of the following firm:

**Firm Name:** Greenberg Traurig, P.A.
**Mailing Address:** 333 S.E. 2nd Avenue, Suite 4400
**City / State / Zip:** Miami, Florida 33131
**Telephone Number:** 305-579-0500     **Facsimile Number:** 305-579-0717
**Email Address (required):** kreitzerm@gtlaw.com  **Secondary Email:** belloy@gtlaw.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
U.S. Southern District Court of Florida; U.S. Middle District of Florida
.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they *do not* oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the \_\_\_26\_\_\_ day of \_\_\_October_____, 20\_20\_.

_s/ Andrew H. Erteschik_                    _[signature]_
Local Counsel                                Applicant

Attorney Name  Andrew Erteschik
Bar Number  NC Bar No. 35269
Firm Name  Poyner Spruill, LLP
Firm Address  301 Fayetteville Street, Suite 1900
Firm City / State / Zip  Raleigh, North Carolina 27601
Telephone Number  919-783-2895
Fax Number  919-783-1075
Email Address  AErteschik@poynerspruill.com

## CERTIFICATE OF SERVICE

   I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

   This the 27th day of October, 2020.

                    s/ Andrew H. Erteschik
                    Andrew H. Erteschik