UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>VIVINT SMART HOME, INC.<br>f/k/a MOSAIC ACQUISITION CORP.;<br>LEGACY VIVINT SMART HOME, INC.<br>f/k/a VIVINT SMART HOME, INC.,<br><br>                    Defendants. | **STIPULATION ON DEFENDANTS' VOLUNTARY DISMISSAL OF COUNTERCLAIMS** |

Pursuant to Federal Rule 41(a)(1)(A)(ii), the parties stipulate to Defendants' voluntary dismissal with prejudice of their counterclaims for: (1) trade slander/defamation *per se*; (2) unfair competition under 15 U.S.C. § 1125(a)(1)(B); (3) violation of N.C. Gen. Stat. § 75-1.1; (4) tortious interference with prospective economic advantage; (5) tortious interference with contract; and (6) common law unfair competition. *See* Doc. 33 at 19-24 (setting forth Defendants' counterclaims).

Respectfully submitted the 7th day of October, 2021.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **CLYDE SNOW & SESSIONS, P.C.** |
| By: s/ Michael N. Kreitzer<br>Michael N. Kreitzer<br>Florida Bar No. 705561<br>kreitzerm@gtlaw.com<br>s/ Gregory W. Herbert<br>Gregory W. Herbert<br>Florida Bar No. 111510<br>herbertg@gtlaw.com<br>Joshua R. Brown<br>Florida Bar No. 0826391<br>brownjr@gtlaw.com<br>450 S. Orange Avenue, Suite 650<br>Orlando, FL 32801<br>Telephone: (407) 420-1000<br><br>**Counsel for Defendants** | By: s/ Matthew A. Steward<br>Matthew A. Steward<br>Utah Bar No. 7637<br>mas@clydesnow.com<br>Shannon K. Zollinger<br>Utah Bar No. 12724<br>skz@clydesnow.com<br>One Utah Center, 13th Floor<br>201 South Main Street<br>Salt Lake City, UT 84111-2216<br>Telephone: (801) 322-2516<br><br>**Counsel for Defendants**<br><br>**POYNER SPRUILL LLP**<br><br>By: s/ Andrew H. Erteschik<br>Andrew H. Erteschik<br>N.C. State Bar No. 35269<br>aerteschik@poynerspruill.com<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>Telephone: (919) 783-2895<br><br>**Local Counsel for Defendants** |

**SHOOK, HARDY & BACON LLP**

By: s/ Charles C. Eblen
Charles C. Eblen
Missouri State Bar No. 55166
ceblen@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: (816) 474-6550
Fax: (816) 421-5547

By: s/ Eric J. Hobbs
Eric J. Hobbs
Colorado Bar No. 46813
ehobbs@shb.com
Daniel E. Rohner
drohner@shb.com
1660 17th Street, Suite 450
Denver, Colorado 80202
Tel: (303) 285-5300
Fax: (303) 285-5301

By: s/ Caroline M. Gieser
Caroline M. Gieser
N.C. State Bar No. 51610
cgieser@shb.com
1230 Peachtree Street, Suite 1200
Atlanta, Georgia 30309
Tel: (470)-867-6013
Fax: (470)-867-6001

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

     I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

     This the 7th day of October, 2021.

s/ Andrew H. Erteschik<br>
Andrew H. Erteschik