UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| VIVINT SMART HOME, INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on the parties' Joint Motion for Peremptory Trial Setting (Doc. No. 72) filed on October 25, 2021. This Court's Standing Order Governing the Calendaring of Hearings and Trials provides that the Court will consider motions for peremptory settings on a case-by-case basis. Standing Order, No. 3:07-MC-47, Doc. 1 at p. 2.

The Court acknowledges the circumstances of the parties as presented in their Motion, including the need for the parties to accommodate the schedules of dozens of non-party witnesses expected to testify at trial and to facilitate the travel logistics of multiple-out-of-state corporate representatives, experts, and counsel. At this time, however, the Court finds peremptorily setting a trial for this matter outside of the Court's mixed trial term beginning January 3, 2022, unnecessary. Accordingly, the parties' Joint Motion for Peremptory Trial Setting (Doc. No. 72) is DENIED.

IT IS SO ORDERED.

Signed: November 2, 2021

_____
Frank D. Whitney
United States District Judge