UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIVINT SMART HOME, INC. f/k/a MOSAIC ACQUISITION CORP.; LEGACY VIVINT SMART HOME, INC. f/k/a VIVINT SMART HOME, INC., <br><br> Defendants. | **STIPULATION EXTENDING DEADLINE FOR 30(B)(6) DEPOSITION** |

Pursuant to Section 1(b) of the Court's Case Management Order (Doc. 35), the parties hereby stipulate that the deadline for Plaintiff to take the 30(b)(6) deposition of Defendants is extended from November 10, 2021 to November 23, 2021.

Other than the stipulated extension above, the parties' previous stipulations on discovery deadlines remain in effect.

Respectfully submitted the 3rd day of November, 2021.

                **SHOOK, HARDY & BACON LLP**

                <u>s/ Charles C. Eblen</u>
                Charles C. Eblen
                Missouri State Bar No. 55166
                ceblen@shb.com
                2555 Grand Blvd.
                Kansas City, Missouri 64108
                Tel: (816) 474-6550
                Fax: (816) 421-5547

                <u>s/ Caroline M. Gieser</u>
                Caroline M. Gieser
                N.C. State Bar No. 51610
                cgieser@shb.com
                1230 Peachtree Street, Suite 1200
                Atlanta, Georgia 30309
                Tel: (470)-867-6013
                Fax: (470)-867-6001

                <u>s/ Eric J. Hobbs</u>
                Eric J. Hobbs
                Colorado Bar No. 46813
                ehobbs@shb.com
                Daniel E. Rohner
                drohner@shb.com
                1660 17th Street, Suite 450
                Denver, Colorado 80202
                Tel: (303) 285-5300
                Fax: (303) 285-5301

                **Counsel for Plaintiff**

| GREENBERG TRAURIG, LLP | CLYDE SNOW & SESSIONS, P.C. |
|---|---|
| By: s/ Gregory W. Herbert<br>Gregory W. Herbert<br>Florida Bar No. 111510<br>herbertg@gtlaw.com<br>450 S. Orange Avenue, Suite 650<br>Orlando, FL 32801<br>Telephone: (407) 420-1000<br><br>Michael N. Kreitzer<br>Florida Bar No. 705561<br>kreitzerm@gtlaw.com<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br><br>**Counsel for Defendants** | By: s/ Matthew A. Steward<br>Matthew A. Steward<br>Utah Bar No. 7637<br>mas@clydesnow.com<br>Shannon K. Zollinger<br>Utah Bar No. 12724<br>skz@clydesnow.com<br>One Utah Center, 13th Floor<br>201 South Main Street<br>Salt Lake City, UT 84111-2216<br>Telephone: (801) 322-2516<br><br>**Counsel for Defendants**<br><br>POYNER SPRUILL LLP<br><br>By: s/ Andrew H. Erteschik<br>Andrew H. Erteschik<br>N.C. State Bar No. 35269<br>aerteschik@poynerspruill.com<br>John M. Durnovich<br>jdurnovich@poynerspruill.com<br>N.C. State Bar No. 47715<br>N. Cosmo Zinkow<br>nzinkow@poynerspruill.com<br>N.C. State Bar No. 53778<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>Telephone: (919) 783-2895<br><br>**Local Counsel for Defendants** |

## CERTIFICATE OF SERVICE

  I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

  This the 3rd day of November, 2021.

s/ Andrew H. Erteschik
Andrew H. Erteschik
