UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIVINT SMART HOME, INC., f/k/a MOSAIC ACQUISITION CORP.; LEGACY VIVINT SMART HOME, INC. f/k/a VIVINT SMART HOME, INC., <br><br> Defendants. | **DEFENDANTS' UNOPPOSED MOTION TO SEAL** |

In accordance with Local Rule 6.1, paragraph 1(h) of the Case Management Order (Doc. 35), and the Protective Order entered in this case (Doc. 52), Defendants Vivint Smart Home, Inc. and Legacy Vivint Smart Home, Inc. (together, "Vivint") respectfully move the Court for an order allowing the following items that have been designated by Plaintiff CPI Security Systems, Inc. as "Attorneys' Eyes Only" to be filed under seal: (1) Expert Report of Russell Winer; (2) Expert Report of Russell Mangum; (3) Deposition Transcript of Russell Winer; and (4) Deposition Transcript of Russell Mangum. These materials are being submitted as sealed attachments hereto as Exhibits 1 through 4, respectively.

The grounds for this motion are set forth more fully in Vivint's contemporaneously filed brief.

Vivint certifies that, prior to filing this motion, its counsel consulted CPI's counsel regarding how, whether, and to what extent these materials should be sealed, and CPI does not object to Vivint's filing of these materials under seal.

Respectfully submitted the 15th day of December, 2021.

| **GREENBERG TRAURIG, LLP** | **CLYDE SNOW & SESSIONS, P.C.** |
|---|---|
| By: s/ Michael N. Kreitzer<br>Michael N. Kreitzer<br>Florida Bar No. 705561<br>kreitzerm@gtlaw.com<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>Telephone: (305) 579-0500 | By: s/ Matthew A. Steward<br>Matthew A. Steward<br>Utah Bar No. 7637<br>mas@clydesnow.com<br>Shannon K. Zollinger<br>Utah Bar No. 12724<br>skz@clydesnow.com<br>One Utah Center, 13th Floor<br>201 South Main Street<br>Salt Lake City, UT 84111-2216<br>Telephone: (801) 322-2516 |
| By: s/ Gregory W. Herbert<br>Gregory W. Herbert<br>Florida Bar No. 111510<br>herbertg@gtlaw.com<br>Joshua R. Brown<br>Florida Bar No. 826391<br>brownjr@gtlaw.com<br>450 S. Orange Avenue, Suite 650<br>Orlando, FL 32801<br>Telephone: (407) 420-1000 | **Counsel for Defendants** |
| **Counsel for Defendants** | **POYNER SPRUILL LLP**<br><br>By: s/ Andrew H. Erteschik<br>Andrew H. Erteschik<br>N.C. State Bar No. 35269<br>aerteschik@poynerspruill.com<br>John M. Durnovich<br>N.C. State Bar No. 47715<br>jdurnovich@poynerspruill.com<br>N. Cosmo Zinkow<br>N.C. State Bar No. 53778<br>nzinkow@poynerspruill.com<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>Telephone: (919) 783-2895<br><br>**Local Counsel for Defendants** |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

This the 15th day of December, 2021.

s/ Andrew H. Erteschik
Andrew H. Erteschik
