UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

CPI SECURITY SYSTEMS, INC.,

                                        Plaintiff,

          v.

VIVINT SMART HOME, INC.,
f/k/a MOSAIC ACQUISITION CORP.;
LEGACY VIVINT SMART HOME, INC.
f/k/a VIVINT SMART HOME, INC.,

                                        Defendants.

**NOTICE OF SEALED EXHIBIT**

**FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER (DOC. 52) ENTERED 08/12/2021**

**Deposition Transcript of Russell Winer**

Exhibit 3 is filed under seal pursuant to a Protective Order entered in this case

on August 12, 2021 by Magistrate Judge David S. Cayer.

Respectfully submitted the 15th day of December, 2021.

**GREENBERG TRAURIG, LLP**  **CLYDE SNOW & SESSIONS, P.C.**

By: s/ Michael N. Kreitzer
   Michael N. Kreitzer
   Florida Bar No. 705561
   kreitzerm@gtlaw.com
   333 S.E. 2nd Avenue, Suite 4400
   Miami, FL 33131
   Telephone: (305) 579-0500

By: s/ Gregory W. Herbert
   Gregory W. Herbert
   Florida Bar No. 111510
   herbertg@gtlaw.com
   Joshua R. Brown
   Florida Bar No. 826391
   brownjr@gtlaw.com
   450 S. Orange Avenue, Suite 650
   Orlando, FL 32801
   Telephone: (407) 420-1000

**Counsel for Defendants**

By: s/ Matthew A. Steward
   Matthew A. Steward
   Utah Bar No. 7637
   mas@clydesnow.com
   Shannon K. Zollinger
   Utah Bar No. 12724
   skz@clydesnow.com
   One Utah Center, 13th Floor
   201 South Main Street
   Salt Lake City, UT 84111-2216
   Telephone: (801) 322-2516

**Counsel for Defendants**


**POYNER SPRUILL LLP**

By: s/ Andrew H. Erteschik
   Andrew H. Erteschik
   N.C. State Bar No. 35269
   aerteschik@poynerspruill.com
   John M. Durnovich
   N.C. State Bar No. 47715
   jdurnovich@poynerspruill.com
   N. Cosmo Zinkow
   N.C. State Bar No. 53778
   nzinkow@poynerspruill.com
   P.O. Box 1801
   Raleigh, NC 27602-1801
   Telephone: (919) 783-2895

**Local Counsel for Defendants**