UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

CPI SECURITY SYSTEMS, INC.,

                          Plaintiff,

          v.

VIVINT SMART HOME, INC.,
f/k/a MOSAIC ACQUISITION CORP.;
LEGACY VIVINT SMART HOME, INC.
f/k/a VIVINT SMART HOME, INC.,

                          Defendants.

**NOTICE OF SEALED EXHIBIT**

**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER (DOC. 52) ENTERED 08/12/2021**

**Deposition Transcript of Russell Mangum**

Exhibit 4 is filed under seal pursuant to a Protective Order entered in this case

on August 12, 2021 by Magistrate Judge David S. Cayer.

Respectfully submitted the 15th day of December, 2021.

**GREENBERG TRAURIG, LLP**

By:  s/ Michael N. Kreitzer
     Michael N. Kreitzer
     Florida Bar No. 705561
     kreitzerm@gtlaw.com
     333 S.E. 2nd Avenue, Suite 4400
     Miami, FL 33131
     Telephone: (305) 579-0500

By:  s/ Gregory W. Herbert
     Gregory W. Herbert
     Florida Bar No. 111510
     herbertg@gtlaw.com
     Joshua R. Brown
     Florida Bar No. 826391
     brownjr@gtlaw.com
     450 S. Orange Avenue, Suite 650
     Orlando, FL 32801
     Telephone: (407) 420-1000

**Counsel for Defendants**

**CLYDE SNOW & SESSIONS, P.C.**

By:  s/ Matthew A. Steward
     Matthew A. Steward
     Utah Bar No. 7637
     mas@clydesnow.com
     Shannon K. Zollinger
     Utah Bar No. 12724
     skz@clydesnow.com
     One Utah Center, 13th Floor
     201 South Main Street
     Salt Lake City, UT 84111-2216
     Telephone: (801) 322-2516

**Counsel for Defendants**

**POYNER SPRUILL LLP**

By:  s/ Andrew H. Erteschik
     Andrew H. Erteschik
     N.C. State Bar No. 35269
     aerteschik@poynerspruill.com
     John M. Durnovich
     N.C. State Bar No. 47715
     jdurnovich@poynerspruill.com
     N. Cosmo Zinkow
     N.C. State Bar No. 53778
     nzinkow@poynerspruill.com
     P.O. Box 1801
     Raleigh, NC 27602-1801
     Telephone: (919) 783-2895

**Local Counsel for Defendants**