UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIVINT SMART HOME, INC., <br> f/k/a MOSAIC ACQUISITION CORP.; <br> LEGACY VIVINT SMART HOME, INC. <br> f/k/a VIVINT SMART HOME, INC., <br><br> Defendants. | **NOTICE OF SEALED EXHIBIT** |

**FILED UNDER SEAL**

**Deposition Transcript of Russell Winer**

Exhibit 1 is filed under seal pursuant to a Protective Order entered in this case on August 12, 2021 by Magistrate Judge David S. Cayer and the Text-Only Order granting Defendants' Unopposed Motion to Seal entered on December 15, 2021 by Magistrate Judge David S. Cayer.

Respectfully submitted the 15th day of December, 2021.

|  |  |
|---|---|
| **GREENBERG TRAURIG, LLP** | **CLYDE SNOW & SESSIONS, P.C.** |
| By: s/ Michael N. Kreitzer<br>Michael N. Kreitzer<br>Florida Bar No. 705561<br>kreitzerm@gtlaw.com<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>Telephone: (305) 579-0500 | By: s/ Matthew A. Steward<br>Matthew A. Steward<br>Utah Bar No. 7637<br>mas@clydesnow.com<br>Shannon K. Zollinger<br>Utah Bar No. 12724<br>skz@clydesnow.com<br>One Utah Center, 13th Floor<br>201 South Main Street<br>Salt Lake City, UT 84111-2216<br>Telephone: (801) 322-2516 |
| By: s/ Gregory W. Herbert<br>Gregory W. Herbert<br>Florida Bar No. 111510<br>herbertg@gtlaw.com<br>Joshua R. Brown<br>Florida Bar No. 826391<br>brownjr@gtlaw.com<br>450 S. Orange Avenue, Suite 650<br>Orlando, FL 32801<br>Telephone: (407) 420-1000 | **Counsel for Defendants** |
| **Counsel for Defendants** | **POYNER SPRUILL LLP**<br><br>By: s/ Andrew H. Erteschik<br>Andrew H. Erteschik<br>N.C. State Bar No. 35269<br>aerteschik@poynerspruill.com<br>John M. Durnovich<br>N.C. State Bar No. 47715<br>jdurnovich@poynerspruill.com<br>N. Cosmo Zinkow<br>N.C. State Bar No. 53778<br>nzinkow@poynerspruill.com<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>Telephone: (919) 783-2895<br><br>**Local Counsel for Defendants** |