EXHIBIT 4

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2                     CHARLOTTE DIVISION
 3                   3:20-cv-00504-FDW-DSC
 4     ------------------------------------------
 5     CPI SECURITY SYSTEMS, INC.,
 6          Plaintiff and Counterclaim Defendant,
 7     v.
 8     VIVINT SMART HOME, INC. f/k/a MOSIAC
       ACQUISITION CORP.; LEGACY
 9     VIVINT SMART HOME, INC. f/k/a
       VIVINT SMART HOME, INC.,
10
            Defendants and Counterclaimants.
11     ------------------------------------------
12
13                VIDEO CONFERENCE VIA ZOOM
14        30(b)6 DEPOSITION OF ERIC BRYAN SCHACHNER
15                   September 24, 2021
16                       9:56 a.m.
17                 Charlotte, North Carolina
18
19
20
21
22
23     Job No. CS4821660
24     Reported by:   Audra M. Smith, RPR, FCRR
25     Video by:      Russ White
```

```
 1                 APPEARANCES OF COUNSEL
 2    ON BEHALF OF THE PLAINTIFF AND COUNTERCLAIM DEFENDANT:
 3    SHOOK, HARDY & BACON LLP
      BY:   ERIC BRYAN HOBBS, ESQ.
 4    BY:   CHARLES EBLEN, ESQ.
      1660 17th Street, Suite 450
 5    Denver, CO 80202
      ehobbs@shb.com
 6
      SHOOK, HARDY & BACON LLP
 7    BY:   CHARLES EBLEN, ESQ.
      2555 Grand Boulevard,
 8    Kansas City, MO 64108
      (816) 559-2139
 9    ceblen@shb.com
10
11    ON BEHALF OF THE DEFENDANTS AND COUNTERCLAIM PLAINTIFFS:
12    GREENBERG TRAURIG LLP
      BY:   GREGORY HERBERT, ESQ.
13    450 S. Orange Ave., Suite 650
      Orlando, FL 32801-3311
14    (407) 420-1000
      herbertg@gtlaw.com
15
      GREENBERG TRAURIG LLP
16    BY:   STEPHEN G. ANDERSON, PH.D.
      450 South Orange Avenue
17    Suite 650
      Orlando, FL 32801
18    andersonst@gtlaw.com
19    GREENBERG TRAURIG LLP
      BY:   MICHAEL N. KREITZER, ESQ.
20    333 SE 2nd Avenue, Suite 4400
      Miami, FL 33131
21    kreitzerm@gtlaw.com
22    Also Present:  Paula M. Castro, Paralegal
23
24
25
```

Veritext Legal Solutions
800-567-8658                                      973-410-4098

1    Q   Do you know of whether or not CPI has
2    conducted a valuation of the Canceled Accounts?
3    A   No, we haven't because we don't know the
4    number.  I think -- I mean, we know the number's a
5    lot.  We don't know the number.  Just, I think, we
6    don't track it, and it's a lot.
7    Q   You can't provide me with a valuation of
8    that number as you sit here today, correct?
9    A   I can't -- that's correct, because I don't
10   know the total number of accounts.  Nobody does.
11   Until we go out and physically talk to each one of
12   our customers, we will never know that number.
13   Q   Okay.  Let's go to the supplemental
14   answers.  On the supplemental answers, let's go to
15   it, it's page number -- starting on page number 20
16   of the supplemental.  There's Interrogatory Number
17   16 there, and the answer continues starting on 20
18   and goes over to page 21.
19        Do you see that?
20   A   I do.  Let me read it.
21        THE VIDEOGRAPHER:  Mr. Herbert, this is
22   Russ, the videographer.  I need to change media
23   files in the next five or ten minutes if we
24   can, please.  Thank you.
25