UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIVINT SMART HOME, INC. f/k/a Mosaic Acquisition Corp.; and LEGACY VIVINT SMART HOME, INC. f/k/a Vivint Smart Home, Inc., <br><br> Defendants. | **PLAINTIFF CPI SECURITY SYSTEMS, INC.'S MOTION *IN LIMINE* TO EXCLUDE IRRELEVANT AND INFLAMMATORY RACE-RELATED EVIDENCE AT TRIAL** |

Pursuant to section 4(d) of the Case Management Order (Doc. 85), Plaintiff CPI Security Systems, Inc. ("CPI") respectfully moves this Court for an Order excluding any evidence, comment, reference, testimony, or argument by Defendants Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp. and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc. (collectively, "Vivint") regarding irrelevant and inflammatory race-related issues at trial, including:

- a June 2020 email sent by CPI's CEO, Ken Gill, to Jorge Millares, the leader of non-profit Queen City Unity, regarding the Charlotte-Mecklenburg Police Department, and the related fallout after Millares made that email public;

- (2) a wholly-unrelated employment discrimination lawsuit by former CPI employee, Kelley Phelps; and

1

- (3) other unsubstantiated allegations related to CPI's employment and operational practices related to issues of race.

In its contemporaneously filed memorandum in support, CPI provides the grounds for the Motion.

CPI certifies that, prior to filing this Motion, CPI's counsel consulted with Vivint's counsel regarding the relief sought herein. Vivint does not consent to the relief requested by CPI.

Dated: December 15, 2021　　　　　　　　Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By:　/s/ *Caroline M. Gieser*
　　　North Carolina Bar No. 51610
　　　cgieser@shb.com
　　　1230 Peachtree Street, Suite 1200
　　　Atlanta, Georgia 30309
　　　(470) 867-6013

　　　　-and-

　　　/s/ *Charles C. Eblen*
　　　Charles C. Eblen (Admitted *Pro Hac Vice*)
　　　Missouri Bar No. 55166
　　　ceblen@shb.com
　　　Erin M. Fishman (Admitted *Pro Hac Vice*)
　　　Missouri Bar No. 69842
　　　efishman@shb.com
　　　SHOOK, HARDY & BACON L.L.P.
　　　2555 Grand Blvd.
　　　Kansas City, Missouri 64108-2613
　　　(816) 474-6550

　　　　-and-

　　　/s/ *Eric J. Hobbs*
　　　Eric J. Hobbs (Admitted *Pro Hac Vice*))

Colorado Bar No. 46813
ehobbs@shb.com
Daniel E. Rohner (Admitted *Pro Hac Vice*)
Colorado Bar No. 27469
drohner@shb.com
SHOOK, HARDY & BACON L.L.P.
1660 17th Street, Suite 450
Denver, Colorado 80202
(303) 285-5300

*Counsel for Plaintiff*
*CPI Security Systems, Inc.*

# **CERTIFICATE OF SERVICE**

I certify that on the 15th day of December, 2021, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

/s/ *Caroline M. Gieser*