EXHIBIT 1

```
 1
       IN THE UNITED STATES DISTRICT COURT
 2     FOR THE WESTERN DISTRICT OF NORTH CAROLINA
       CHARLOTTE DIVISION          3:20-CV-00504-FDW-DSC
 3
 4
       CPI SECURITY SYSTEMS, INC.,
 5
            Plaintiff and
 6          Counterclaim Defendant,
 7        vs.
 8     VIVINT SMART HOME, INC.
       f/k/a MOSAIC ACQUISITION
 9     CORP.; LEGACY VIVINT SMART
       HOME, INC. f/k/a VIVINT SMART
10     HOME, INC.,
11          Defendants and
            Counterclaimants.
12
13
14
15      VIDEOTAPED VIRTUAL ZOOM 30(b)(6) DEPOSITION OF
          CPI SECURITY SYSTEMS, INC. BY JOHN SHOCKNESSE
16
              (Taken by Defendants/Counterclaimants)
17
                    Charlotte, North Carolina
18
                  Thursday, September 23, 2021
19
20
21
22
23     Reported by Andrea L. Kingsley, RPR
24
25     Job No. CS4810616
```

1    CPI and number of different actions taken as a
2    result of that controversy; right?
3        A.   I don't know if there were any charity
4    donations based off that, we were already donating
5    to most of the charities that we were already
6    involved in.  We probably did a much better job
7    advertising that we did.  I would say that was a
8    problem for us, we didn't let employees and
9    customers know as well how active we were within
10   the community.
11       Q.   So then your understanding is CPI didn't
12   make any charitable donations directly as a result
13   of the controversy then, it was already planning to
14   make in the ordinary course of business?
15       A.   Certainty it's outside my area of
16   expertise but I'm not aware of any.
17       Q.   You would agree with me, wouldn't you,
18   that that controversy that erupted did some damage
19   to CPI's reputation in the community?
20            MR. HOBBS:  Objection to the form.
21       You can answer.
22       A.   It was difficult.
23       Q.   You're not going to dispute since I say
24   that that resulted in damage to CPI's reputation and
25   goodwill; right?

1                MR. HOBBS: Same objection. Also
2       outside the scope. I believe I have a
3       standing objection on that. So you can
4       answer.
5       A.   I mean I guess -- I guess the way I
6   would perceive it is that it went way, way longer
7   than the news story typically would have because it
8   was being used, put in front of people's faces even
9   though it wasn't in the news anymore. So well
10  after the time it was in the news, it was still
11  being displayed.
12      Q.   I understand what you're saying, but
13  regardless of whether you think it was justified or
14  not, the fact is that that caused some damage to
15  CPI's reputation which CPI took some actions
16  attempting to repair that you testified about
17  earlier; right?
18               MR. HOBBS: Objection to the form.
19       You can answer.
20      A.   I guess that I would say that it was an
21  e-mail that was taken out of context that was used
22  against Mr. Gill that was then later, the situation
23  was taken out of context and used against CPI. So
24  you know, my opinion is that it was an e-mail that
25  was sent that was absolutely mischaracterized in

...

1 what the goal was as far as message. And then it
2 was misused.
3     Q.   That wasn't my question. My question
4 was -- this is a simple yes or no question. Do you
5 deny that that controversy did at least some damage
6 to CPI's reputation in the community?
7              MR. HOBBS: Same objection. You
8    can answer.
9     Q.   Yes or no?
10     A.   I don't deny there was some damage.
11     Q.   I think we established earlier and
12 confirmed, as far as you know, CPI has not
13 undertaken to quantify the precise amount, monetary
14 amount of any damage to its reputation resulting
15 from that controversy; right?
16              MR. HOBBS: Same objections.
17     Q.   To your knowledge?
18     A.   If we have, I'm not involved with it.
19 It's not normally something I would be involved in.
20 So.
21     Q.   Going back to -- take a look at the last
22 sentence of paragraph 1 there, the last two lines of
23 that paragraph, you see that it alleges there that
24 some of this conduct by Vivint has resulted in CPI
25 customers entering into a contract with Vivint and,