EXHIBIT
2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

3:20-cv-00504-FDW-DSC


CPI SECURITY SYSTEMS, INC.,


       Plaintiff,


Vs.


VIVENT SMART HOME, INC. f/k/a

MOSAIC ACQUISITION CORP.; LEGACY

VIVENT SMART HOME, INC. f/k/a

VIVENT SMART HOME, INC.,

       Defendants.

_____/


ZOOM VIDEO/TELEPHONIC DEPOSITION OF ALLINE F. MAXWELL


August 30, 2021

11:52 a.m.

*   *   *

Taken By the Defendants

remotely By

Zoom Video Conferencing


Reported By:

Taura J. Vulcano, CSR, RPR

1      A.    (Unintelligible) it was -- it was normal

2  circumstances, I would have thought that.  Other

3  than normal situations, I don't know.

4      Q.    Okay.  And Alline, why did you switch

5  from CPI to Vivent?  What were the actual reasons

6  you switched?

7      A.    It was because -- the main reason was

8  the door, the front doorbell, okay?  I never could

9  get them to get it right.

10     Q.    Uh-huh.

11     A.    And then another -- the other thing was

12 the -- the racial thing that the man said about

13 black people --

14     Q.    Alline --

15     A.    -- on TV.  I didn't hear it, but my

16 neighbors did.

17     Q.    Okay.  And, Alline, why were you upset

18 about the racial comments made about black people

19 by CPI's CEO?

20     A.    I mean, this -- I know this type of

21 thing goes on all the time.  I'm not crazy and I'm

22 not stupid.  I'm 79 years old, and I've been

23 through some of that shit.  And anyway, because

24 what he said was not true.  Because we -- a lot of

25 black people got education more so than some white

                                                      79

1    people have.

2         Q.    Uh-huh.

3         A.    That's the reason I got upset.

4         Q.    I see --

5         A.    Because they all throwing it out there.

6         Q.    Okay.  And my last question for now,

7    Alline, did you like the Vivent system and

8    customer service more than CPI's equipment and

9    customer service?

10        A.    I never spoke to Vivent about anything

11   like that --

12        Q.    Okay.  So did you --

13        A.    -- anything about their material,

14   anything about their equipment.

15        Q.    Okay.  So you never had issues with

16   Vivent's equipment; is that what you're saying?

17        A.    Yes.

18        Q.    Okay.  But did you like the Vivent

19   equipment better than the CPI equipment?

20        A.    Yes, I do -- yes, I did.

21        Q.    Okay.  Great.  Thanks, Alline.  Those

22   are all of my questions for now.

23        A.    All right.

24            RE-EXAMINATION BY MR. HOBBS

25        Q.    Mrs. Maxwell, I just have a couple

80