EXHIBIT 3

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2        FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 3                    CHARLOTTE DIVISION
 4         CIVIL ACTION NO. 3:20-CV-00504-FDW-DSC
 5
 6
 7   CPI SECURITY SYSTEMS, INC.,     )
                                     )
 8         Plaintiff,                )
                                     )
 9   vs.                             )
                                     )
10   VIVINT SMART HOME, INC. f/k/a   )
     Mosaic Acquisitions             )
11   Corporation; and LEGACY VIVINT  )
     SMART HOME, INC. f/k/a Vivint   )
12   Smart Home, Inc.,               )
                                     )
13         Defendants and            )
     Counterclaimants.               )
14                                   )
15   _____
16
17
18            DEPOSITION OF SHANTELL CHEEK
19                 (TAKEN BY PLAINTIFF)
20                   TAKEN VIA ZOOM
21               Thursday, August 19, 2021
22
23
24
                   Reported in Stenotype by
25                        Erin Ramsey
        Transcript produced by computer-aide transcription
```

1  one point so kind of a fan myself.
2  　　A.　I hear you.
3  　　Q.　You saw that in the news or on the internet or
4  heard it on the radio or something along those lines?
5  　　A.　Probably on the internet.  And then I went and
6  did my own research to see what was said.
7  　　Q.　Okay.  And did you look up and see what the
8  comments were?
9  　　A.　Yes.  I don't remember 100 percent exactly what
10 they were, you know, word for word right now but yes,
11 I do remember reading that the comments were caused --
12 caused some disparaging feelings and they were some
13 remarks that, you know -- again, depending on what
14 side of the fence you're on could cause -- could stir
15 up some emotion.
16 　　Q.　Okay.  Did you ever discuss that with CPI,
17 maybe call their customer service and asked them about
18 those comments or the controversy surrounding that?
19 　　A.　I think I do remember asking how long I had on
20 my contract before I had gone and done some research
21 about what, you know, was actually said.  It caused
22 some emotion -- it elicited some emotion in me as well
23 so -- but I think I called asking about how long we
24 had on our contract.
25 　　Q.　And I would guess if you were contemplating

1  terminating your contract with CPI at that time when
2  you were calling asking how much time you had left?
3              MR. ROHNER:  Object to form.
4              THE WITNESS:  I'm sorry, I cut you off.
5              MR. ROHNER:  No.  I object to form and now
6  you can answer.  Sorry.
7     A.   We had had some conversation within the
8  household just thinking about -- yes, thinking about
9  possibility ending our contract.
10    Q.   Okay.  And then ultimately you decided to
11 continue with CPI despite those comments and that
12 controversy surrounding those comments?
13    A.   Yes.
14    Q.   Okay.  And then the interaction that you
15 testified about with the sales rep at your door, that
16 didn't -- did that happen before or after you had
17 called CPI about this controversy and the comments; do
18 you remember?
19    A.   I believe that was after.
20    Q.   Okay.  Okay.  Do you recall --
21    A.   I'm sorry, can I just?
22    Q.   Of course.
23    A.   I want to make sure I answer that question
24 correctly.  The interaction with the salesperson
25 happened before so my call to CPI about my contract