EXHIBIT
4

```
 1              UNITED STATES DISTRICT COURT
 2        FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 3                   CHARLOTTE DIVISION
 4          CIVIL ACTION NO. 3:20-CV-00504-FDW-DSC
 5

 6
    CPI SECURITY SYSTEMS, INC.,    )
 7                                 )
            Plaintiff,             )
 8                                 )
    vs.                            )
 9                                 )
    VIVINT SMART HOME, INC. f/k/a )
10  Mosaic Acquisitions           )
    Corporation; and LEGACY VIVINT)
11  SMART HOME, INC. f/k/a Vivint )
    Smart Home, Inc.,             )
12                                 )
            Defendants and        )
13  Counterclaimants.             )
14  _____
15
16
17
18            DEPOSITION OF JOYCE MARISO
19               (TAKEN BY PLAINTIFF)
20                TAKEN VIA ZOOM
21             Thursday, August 19, 2021
22
23
24

25            Reported in Stenotype by
                   Erin Ramsey
        Transcript produced by computer-aide transcription
```

1  mentioned that?

2     A.  Absolutely.  Felix was great, yes.

3     Q.  You remember that he personally apologized to

4  you for some of the comments that the CEO of CPI had

5  made that came up in that conversation?

6     A.  Yes, he did and I informed him that some of

7  that stuff I hadn't heard anyway.  But he was telling

8  me that also because -- yeah, because Ben had said --

9  yeah, I don't want to rehash -- but yes, he apologized

10  to me, yes.

11     Q.  Let me ask you, did your daughter bring up

12  those comments that the CEO of CPI made about the BLM

13  movement?

14     A.  Yeah, I believe that she did because I believe

15  Ben had said something to that nature so it was like

16  we got to get out of CPI, you know.

17     Q.  Your daughter said that to you that was one of

18  the reasons why she wanted to get out of CPI because

19  of those comments?

20     A.  Some things that Ben had said and some things

21  that she had heard, exactly.

22     Q.  And the contract that was entered into with

23  Vivint was only signed by your daughter Nia --

24     A.  Yes.

25     Q.  -- and your husband Phillip, correct?

Case 3:20-cv-00504-FDW-DSC   Document 105-4   Filed 12/22/21   Page 2 of 2