

EXHIBIT 5

```
 1          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2                   CHARLOTTE DIVISION
 3                 3:20-cv-00504-FDW-DSC
 4   ------------------------------------------
 5   CPI SECURITY SYSTEMS, INC.,
 6        Plaintiff and Counterclaim Defendant,
 7   v.
 8   VIVINT SMART HOME, INC. f/k/a MOSIAC
     ACQUISITION CORP.; LEGACY
 9   VIVINT SMART HOME, INC. f/k/a
     VIVINT SMART HOME, INC.,
10
          Defendants and Counterclaimants.
11   ------------------------------------------
12
13              VIDEO CONFERENCE VIA ZOOM
14      30(b)6 DEPOSITION OF ERIC BRYAN SCHACHNER
15                 September 24, 2021
16                     9:56 a.m.
17               Charlotte, North Carolina
18
19
20
21
22
23   Job No. CS4821660
24   Reported by:   Audra M. Smith, RPR, FCRR
25   Video by:      Russ White
```

1    controversy, then you're not aware of any document
2    or information where that damage number was
3    attempted -- or anybody attempted to quantify that
4    damage number; fair enough?
5              MR. EBLEN:  Object to form.  Assumes a lot
6         of stuff.
7    BY MR. HERBERT:
8         Q    Do you understand what I'm saying?
9         A    Yeah.  We didn't ask the expert -- we
10   asked the expert to specifically address what Vivint
11   did to CPI.
12        Q    Okay.  So let me back up and ask you, I
13   believe earlier you testified that -- or you said
14   that you didn't think the Black Lives Matter
15   controversy had an economic impact on CPI; is that
16   generally what you said?
17             MR. EBLEN:  Object to form.
18        Mischaracterizes prior testimony.
19   BY MR. HERBERT:
20        Q    That's right.  I think what you're saying
21   is you don't believe that it damaged your brand; is
22   that fair?
23        A    That's correct.
24        Q    Okay.  Do you know as you sit here today
25   how many CPI customer accounts that CPI lost with

1    talking about total RMR, you take the expected life
2    of that customer of some sort and then the cash
3    flows and discount those back to get a net present
4    value.  That's how somebody would do it.
5        Q    Okay.  And do -- does CPI know what the
6    average RMR for those 23- to 2400 customers was?
7             MR. EBLEN:  Object to form.  You can
8         answer.
9        A    I mean, it would be a guess.  Probably
10   $45.  It's a guess, though.  I mean, I won't know
11   every RMR for 23-, 2400.  That's an average.
12   BY MR. HERBERT:
13       Q    That's an average based on your
14   experience --
15       A    No.
16       Q    And is it -- is it fair or is it unfair to
17   say $45 times, let's say, 2300, to be conservative,
18   would give you some estimation of the losses that --
19   the loss value of the accounts for which social
20   media was given as the reason?
21            MR. EBLEN:  Object to form.
22       A    I think I would agree, but I want to hear
23   formula one more time.
24   BY MR. HERBERT:
25       Q    I'm just asking, if you took that $45 RMR

1  number that you mentioned and multiplied that by the
2  number of accounts that were lost with the reason
3  given as social media, that would give you some
4  rough estimation of the losses -- loss value of
5  accounts where social media was given as a reason?
6       A    Times some multiple, yes.
7       Q    But there would be a lot of other factors
8  you'd have to take into consideration to get an
9  actual, reliable value, right?
10      A    I mean, yeah.  I mean, it's not -- there
11 are people that do it for a living, yes, that do
12 valuation of accounts.
13           But the simple math is the number of
14 accounts, times the rate, times the multiple.
15 That's pretty standard industry valuation.
16      Q    And I'm sorry, and the multiple in that
17 case, in that scenario we discussed, would be 60?
18      A    I mean, I think that's what CPI's worth is
19 60 times our RMR, yes.
20      Q    Okay.  So then roughly speaking, it would
21 be 60 times the 45, times the 2300 to be on the
22 conservative side?
23      A    That's correct.
24      Q    Let me ask you, we talked about goodwill.
25 I want to talk a little more specifically about

1       A    Yes, sir.
2    BY MR. HERBERT:
3       Q    All right.  I don't know if I asked you
4    this.  Did I ask you, do you know how much value or
5    revenue was lost as a result of the Bojangles
6    commercial account cancellations that did occur?
7            MR. EBLEN:  Object to form.  You can
8         answer.
9       A    Yeah, it was roughly about 330 sites.
10   BY MR. HERBERT:
11      Q    That were canceled or total --
12      A    That were canceled, yes, that were
13   canceled.
14      Q    All right.  You're saying sites, you mean
15   stores, Bojangles stores or fast food restaurants?
16      A    Yeah, the individual locations, yeah.
17      Q    All right.  And then, I guess, was their
18   corporate headquarters was also lost?
19      A    You know, I think it was.  It would be in
20   that 330, I'm pretty sure -- it would be in that
21   330, so total number of sites associated with
22   Bojangles corporate was 330.  I think it was 330 or
23   roughly thereabouts.
24      Q    Okay.  Do you know what the monthly rate
25   of the RMR was for those 330 sites?

1        A    I believe -- off the top of my head
2     roughly, I think $57 a month.  That was a monthly
3     rate.
4        Q    All right.  And let me ask you for
5     commercial accounts, the industry standard valuation
6     you talked about of the 60-month multiplier, did
7     that also apply to commercial accounts or do they
8     use a different multiplier?
9             MR. EBLEN:  Object to form.
10       A    When I use the 60, that's -- I use that --
11    it doesn't matter what type of account, residential
12    or commercial, 60 times.
13    BY MR. HERBERT:
14       Q    So on average, that's the general average
15    industry standard?
16       A    Yeah.
17       Q    Okay.  So then if -- and I think I did ask
18    you this, and you said no, but correct me if I'm
19    wrong, you or your department has not separately
20    calculated the total lost revenues from the
21    Bojangles cancellations that did occur, right?
22            MR. EBLEN:  Object to form.
23       A    Yes, we've not calculated that.
24    BY MR. HERBERT:
25       Q    But if you wanted to try to determine