# EXHIBIT D

Matthew A. Steward (#7637)
mas@clydesnow.com
Timothy R. Pack (#12193)
trp@clydesnow.com
Shannon K. Zollinger (#12724)
skz@clydesnow.com
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone (801) 322-2516
Facsimile (801) 521-6280

*Attorneys for Plaintiff Vivint, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| VIVINT, INC., a Utah corporation | : : | **NOTICE OF WITHDRAWAL OF VIVINT, INC.'S MOTION IN LIMINE** |
| Plaintiff, | : : | **TO ADMIT AUDIO RECORDINGS** |
| v. | : : | Case No. 2:14-cv-00441-BCW |
| ALARM PROTECTION, LLC, a Utah limited liability company, et al. | : : | Judge Clark Waddoups |
| Defendants. | : : | Magistrate Judge Evelyn J. Furse |

Plaintiff Vivint, Inc. ("Vivint") provides notice that it is withdrawing its Motion in

Limine to Admit Audio Recordings without prejudice.

DATED this 29th day of August, 2017.

                                            CLYDE SNOW & SESSIONS

                                            /s/ Timothy R. Pack
                                            Matthew A. Steward
                                            Timothy R. Pack
                                            Shannon K. Zollinger

                                            *Attorneys for Plaintiff Vivint, Inc.*

# CERTIFICATE OF SERVICE

On this 29th day of August, 2017, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF VIVINT, INC.'S MOTION IN LIMINE TO ADMIT AUDIO RECORDINGS** was served on the following via CM/ECF electronic notification:

Erik A. Olson
Jason R. Hull
MARSHALL OLSON & HULL
Newhouse Building
10 Exchange Place, Suite 350
Salt Lake City, UT 84111

*Attorneys for Defendants*

/s/ Kari J. Peck