EXHIBIT 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

*****

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) AUDIO TRANSCRIPT |
| v. | ) |
| | ) |
| VIVINT SMART HOME, INC., | ) |
| f/k/a MOSAIC ACQUISITIONS CORP.; | ) |
| LEGACY VIVINT SMART HOME, INC., | ) |
| f/k/a VIVINT SMART HOME, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

*****

AUDIO RECORDING OF "RICKY"

*****

1      SUSAN:  Thank you for calling CPI Security, this is
2  Susan, how may I help you?
3      RICKY:  Hi Susan, my name is Ricky.  I have a
4  question.  So somebody came to my house today while I was at
5  work and sat with my wife and they were from -- um, I'm sorry,
6  let me get the name here -- they're from Vivint Security or
7  the Vivint Security.
8      SUSAN:  Uh-huh.
9      RICKY:  And they told my wife that they had sold
10 pieces of equipment to CPI in the past and now there is issues
11 with that equipment and that they're going around to houses to
12 try to -- to try to replace it with equipment, that they'll
13 replace it for free and fa-la-la, all this stuff, and then I
14 told my wife I was like, "Well, I'm pretty sure that if there
15 was any issues with our CPI equipment, that CPI would let us
16 know."
17     SUSAN:  Oh, yes.  Yeah, because there was --
18     RICKY:  And I was just calling to see --
19     SUSAN:  Uh-huh.
20     RICKY:  -- I was calling to see if there was any kind
21 of validity to their story and if you guys ever heard of them.
22     SUSAN:  Yeah, that sounds like a scam.  Because there
23 was a -- there was a news -- a news story on last week about
24 scammers going to people's doors, homes, and just asking them
25 to get -- so they can get in to take a look at their

3

1  equipment.  This one I haven't heard.  This one is new.  So
2  let me -- let me go ahead and pull up your account so we can
3  document this.
4              RICKY:  Okay.
5              SUSAN:  Because they're one -- sold pieces of
6  equipment to CPI, and now there's an issue.  If there was an
7  issue, we would contact you to let you know that.  We wouldn't
8  send out some company, that's -- let me -- let me --
9              RICKY:  Yeah.  That's how -- that's how come my wife
10 thought it was, like, that's he really weird because a lot
11 of -- a lot of security companies may use the same equipment
12 and it's just how the equipment is monitored that's different.
13 But if there was an issue with CPI -- CPI would send somebody
14 from CPI.
15             SUSAN:  Right.  Exactly.  We would contact you and we
16 would set up the appointments so, yes.  Let me document the
17 account and I'm going to give this to -- I have to give this
18 to a manager.  If I can have your address please.
19             RICKY:  Yes, ma'am.  It is 607 Laurens Way,
20 L-A-U-R-E-N-S Way, and it's in Knightdale, North Carolina, and
21 it's 27545.
22             SUSAN:  Okay, Ricky.  Could you verify the password
23 on the account for me?
24             RICKY:  Dean.
25             SUSAN:  Yes, sir.  Okay.  So the name of the

4

1  company -- now I've heard of Vivint, but why would they go
2  around stating that they've sold pieces of equipment to CPI
3  and now there's an issue.
4          RICKY:  I'm going to call them -- I'm going to call
5  them next to let them know because I -- I am -- I wouldn't
6  (unintelligible) I don't know if they had -- if they had or
7  the (inaudible) proper -- proper labeling, if the guy even,
8  you know, had a badge or the anything.
9          SUSAN:  Oh, okay.  Okay.  So you -- so you weren't
10 there.  So it -- it could have been someone maybe saying they
11 were with Vivint and --
12         RICKY:  Exactly.
13         SUSAN:  Yeah.  Like the scams, yeah.
14         RICKY:  Yeah.
15         SUSAN:  Let me go ahead and -- okay.  So really no
16 documentation.  Because your -- so your wife was there, so she
17 just said it was someone with Vivint saying that -- did she
18 get the description of that person?
19         RICKY:  No.  I -- I mean she didn't give me one.
20         SUSAN:  No worries.
21         RICKY:  I assume -- I know -- I -- I was on the
22 phone -- I was on the phone with her when he came so I can
23 tell -- I can -- I know that he was Hispanic but I -- that's
24 all I know.
25         SUSAN:  Okay.  No worries, let's see.  Ricky, what

5

1  I'm going to do is I'm going to go ahead and put all this
2  information on your account and then I will send it over to my
3  supervisors to make them aware that you were approached by
4  someone and you may be contacted regarding this.  You're --
5            RICKY:  Okay.
6            SUSAN:  -- phone number is 919-291-4559?  Is that --
7            RICKY:  Yes.  Yes.  That's my work number, yep.
8            SUSAN:  Do you want -- I mean, I can put a different
9  number down, your cell phone number if you'd like.
10           RICKY:  Well, if you can that -- you can keep that
11 number down and you can also put down my other phone number as
12 well.
13           SUSAN:  Okay.  And let's see, I think I have that
14 one, is it 818-235-3960?
15           RICKY:  Yes.
16           SUSAN:  Okay.  All right.  My name is Susan.  So I
17 want -- thank you so much for taking the time to do this, out
18 of your day to give us a call to give us this information.
19           RICKY:  No problem.
20           SUSAN:  So I'm going to give this to a supervisor and
21 forward this information on to make them aware of them.
22           RICKY:  No problem.
23           SUSAN:  So I guess they contact anyway -- they most
24 likely would contact you and as well as your wife regarding
25 this so...

```
1            RICKY:  Okay.
2            SUSAN:  All right.  Now, was there anything else that
3    I can help you with today while I have you?
4            RICKY:  No, that's it.
5            SUSAN:  All right.  Well, thank you so much.  I hope
6    you enjoy the rest of your day.
7            RICKY:  All right.  Thank you.  Bye.
8            SUSAN:  You're welcome, bye-bye.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
   7
```

1                              CERTIFICATE

2    STATE OF UTAH          )
                            ) ss.
3    COUNTY OF WEBER        )

4

5           I, Tracy A. Fresh, do hereby certify that the

6    foregoing pages 2 through 6 constitute a true and accurate

7    transcript of the audio proceedings to the best of my

8    knowledge and ability as a Certified Court Reporter in and

9    for the State of Utah.

10          Dated this 21st day of October, 2021.

11

12

13          _____
            Tracy A. Fresh, RPR, CCR

14