**EXHIBIT 2**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

\*\*\*\*\*

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | AUDIO TRANSCRIPT |
| v. ) | |
| ) | |
| VIVINT SMART HOME, INC., ) | |
| f/k/a MOSAIC ACQUISITIONS CORP.; ) | |
| LEGACY VIVINT SMART HOME, INC., ) | |
| f/k/a VIVINT SMART HOME, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |

\*\*\*\*\*

AUDIO RECORDING OF "MS. QUINN"

\*\*\*\*\*

1      MS. QUINN:  Hello.

2      NEIL:  Good afternoon.  Ms. Quinn?

3      MS. QUINN:  Yes.

4      NEIL:  Hi, ma'am.  My name is Neil, I'm a customer
5  care manager with CPI.  How are you doing today?

6      MS. QUINN:  Oh, good.  How are you?

7      NEIL:  Pretty good, ma'am.  Thank you for asking.
8  Just giving you a follow-up phone call.  Our
9  representative made me aware that someone came to your home
10 looking to get you to switch companies and also had some
11 sensitive information?

12     MS. QUINN:  Yeah.  That's what was disturbing to me,
13 was that he used the names that were on my emergency contact
14 list through CPI.  So he came Thursday and he came Monday, and
15 I have a doorbell cam so I was just using the intercom, like,
16 I'm not actually even opening the door for this guy.

17     NEIL:  Uh-huh.

18     MS. QUINN:  And he -- he was trying to get me to say
19 on the intercom.  And he's, like, did Phil and Zane tell you I
20 was planning to stop by?  Just, like, there was no way for you
21 to know those two names --

22     NEIL:  Uh-huh.

23     MS. QUINN:  -- without knowing my emergency contacts.
24 There's no other link between us, so I just thought that
25 was --

3

1  NEIL: Uh-huh. Was it a --
2  MS. QUINN: (Unintelligible).
3  NEIL: Was it a Vivint representative?
4  MS. QUINN: Yes.
5  NEIL: Okay. Yeah. What they're doing, and I
6  definitely apologize about that. One thing to give you some
7  peace of mind, I can assure you they have no access to any of
8  your personal information at all.
9  MS. QUINN: Okay.
10  NEIL: But what they are doing is they're actually
11  going through and canvassing the neighborhood so they're
12  speaking to, you know, anyone that they see that has a
13  CPI sign, you know, any neighbors or anything like that and
14  that's one of the tactics that they use. You know, the
15  familiarity, oh, hey, do you know this person in the
16  neighborhood? Oh, yeah? Oh, okay, they actually referred me
17  to come over here and speak with you, and that kind of deal
18  but they have no affiliation with CPI whatsoever.
19  MS. QUINN: Okay.
20  NEIL: They actually just got their license revoked
21  in the Huntersville area for this very thing. So we're
22  actually working very closely with our legal team to get them
23  to cease and desist because part of --
24  MS. QUINN: Okay.
25  NEIL: -- what they'll do is they'll actually say

4

1  that they're with CPI Security, that they're partnered with
2  us, that they need to come in and update your panel and things
3  of that nature.
4           MS. QUINN:  Yeah.  That's exactly what he said.
5           NEIL:  Yeah.
6           MS. QUINN:  And he's like, can I come in and look at
7  your panel?  No, you're not going to come in and look at my
8  panel.
9           NEIL:  Right.  Right.  Absolutely do not let them in.
10          MS. QUINN:  Oh -- okay.  I just -- okay. I am glad
11 it's not just me.  Okay.
12          NEIL:  Yes, ma'am.  And we're trying to get out as
13 much information on that as possible and we've been sending
14 out emails and things of that nature just to try to raise
15 awareness.  And the local news channels have also been putting
16 out news stories just making people aware that you know they
17 are using this tactic.  They'll try to get you to sign off on
18 what's actually a contract while essentially pretending that
19 it's not, so that way, you're under contract with them.  And
20 yeah, so definitely don't let them in.  They have no
21 affiliation with us whatsoever.  If anyone --
22          MS. QUINN:  Okay.
23          NEIL:  -- comes through that's questionable, we do
24 have a link on our website, every CIP employee has an employee
25 ID, and it also has a photo identification.  So if they do

```
 1   claim to be with CPI, which sometimes they'll take that
 2   tactic, hey, actually.  I'm a representative of CPI --
 3           MS. QUINN:  Uh-huh.
 4           NEIL:  -- you can enter that in on there.  And if
 5   their number doesn't pop up with their name and
 6   identification, then they are actually not affiliated with us
 7   at all.
 8           MS. QUINN:  Okay.  All right.  Well, thank you.  And
 9   I shouldn't be worried that they know those two names who are
10   my emergency contact?
11           NEIL:  Right.  Because these -- both these
12   individuals are in the neighborhood; correct?
13           MS. QUINN:  Yes.
14           NEIL:  Okay.  Yeah.  That's -- that's another tactic
15   that they typically do.  Most -- most security companies are
16   familiar with the fact that most people will use their
17   neighbors or reference their neighbors as far as emergency
18   contacts because they're close and within proximity, so
19   they'll usually go through and do that or ask questions.
20           They might probably say, oh, you know, this person
21   has CPI, too, do you have anybody -- you know, they might even
22   directly ask some people that, you know, hey, do you have
23   anybody in your neighborhood that's on your emergency contact
24   list?  You know, we want to make sure that we get them taken
25   care of, too.  But it's really just a tactic to get as much
```

1    information as possible to try to make the person feel more
2    comfortable with, you know, essentially going over what they
3    want you to do.
4            MS. QUINN:  Right.  Okay.  That's what I kind of
5    figured.  I just wanted to make sure they don't have any
6    information.
7            NEIL:  Oh, yeah.  Definitely.  Not at all.  Any time
8    you're not sure, definitely give us a call because we are
9    continuing to work with our legal team to get that to cease in
10   your area as well.
11           MS. QUINN:  Okay.  Well, thank you so much.
12           NEIL:  No problem.  Absolutely, Ms. Quinn, thank you
13   for your time.  I hope you have a great rest of your day.
14           MS. QUINN:  You too.
15           NEIL:  Thank you.
16           MS. QUINN:  Bye.
17
18
19
20
21
22
23
24
25
7

```
1                        CERTIFICATE

2   STATE OF UTAH        )
                         ) ss.
3   COUNTY OF WEBER      )

4

5          I, Tracy A. Fresh, do hereby certify that the

6   foregoing pages 2 through 6 constitute a true and accurate

7   transcript of the audio proceedings to the best of my

8   knowledge and ability as a Certified Court Reporter in and

9   for the State of Utah.

10         Dated this 20th day of October, 2021.

11

12

13                          _____
                            Tracy A. Fresh, RPR, CCR
14
```