CPI SECURITY SYSTEMS, INC. vs VIVINT SMART HOME, INC., et al.
VOICEMAIL -

EXHIBIT
6

```
                  UNITED STATES DISTRICT COURT

                WESTERN DISTRICT OF NORTH CAROLINA

                        CHARLOTTE DIVISION

                              *****

CPI SECURITY SYSTEMS, INC.         )
                                   )
                Plaintiff,         )
                                   )   AUDIO TRANSCRIPT
        v.                         )
                                   )
VIVINT SMART HOME, INC.,           )
f/k/a MOSAIC ACQUISITIONS CORP.;   )
LEGACY VIVINT SMART HOME, INC.,    )
f/k/a VIVINT SMART HOME, INC.,     )
                                   )
                                   )
                Defendants.        )


                              *****


                    VOICEMAIL AUDIO RECORDING


                              *****
```

1     VOICEMAIL:  Your call has been forwarded to an
2  automatic voice message system.  202-492-7886 is not
3  available.  At the tone, please record your message.  When you
4  have finished recording, you may hang up or the press one for
5  more options.
6     CARLTON:  Hello Mrs. Douglas, this is Carlton with
7  CPI Security Service.  We just want following up, making sure,
8  with some things that may help you get back to us and get any
9  funds back from Vivint that they have charged you due to all
10 the misleading, and as I can see in your case, unfortunately
11 point blank lies.  Please give me a call back, 800-948-7133.
12 My extension is 80147.
13    Once again this is Carlton (unintelligible) with CPI
14 Security 800-948-7133 extension 80147.  And if you are already
15 speaking with somebody with CPI about this, then that's
16 perfectly fine, too.  If not, I would be more than happy to
17 email you some information, like I said, that may just help
18 you get out of Vivint and back to us.  Thank you, sir.
19 Bye-bye.
20    VOICEMAIL:  Push satisfied with your message press
21 one.  To send your message with normal delivery, press one.
22 To send your message -- thank you.  Your message has been
23 sent.  Good-bye.
24
25

1                         CERTIFICATE

2     STATE OF UTAH        )
                           ) ss.
3     COUNTY OF WEBER      )

4

5          I, Tracy A. Fresh, do hereby certify that the

6     foregoing pages 2 through 3 constitute a true and accurate

7     transcript of the audio proceedings to the best of my

8     knowledge and ability as a Certified Court Reporter in and

9     for the State of Utah.

10              Dated this 21st day of October, 2021.

11

12

13                              Tracy A. Fresh, RPR, CCR