**EXHIBIT 7**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

*****

CPI SECURITY SYSTEMS, INC.        )
                                  )
        Plaintiff,                )
                                  )  AUDIO TRANSCRIPT
    v.                            )
                                  )
VIVINT SMART HOME, INC.,          )
f/k/a MOSAIC ACQUISITIONS CORP.;  )
LEGACY VIVINT SMART HOME, INC.,   )
f/k/a VIVINT SMART HOME, INC.,    )
                                  )
                                  )
        Defendants.               )

*****

AUDIO RECORDING OF CHRIS LOVE

*****

1      MR. LOVE:  This is Chris.
2      MIKE:  Hi, Mr. Love.  My name is Mike
3  (unintelligible).  I'm calling from CPI Security.  How are you
4  doing?
5      MR. LOVE:  Hey, good.  How are you?
6      MIKE:  Doing good.
7      I'm giving you a call, I'm part of the quality
8  assurance team so I'm doing some follow-ups, both checking in
9  to see how things are going with our customers as far as --
10     MR. LOVE:  Okay.
11     MIKE:  -- customers so I can share with the
12 leadership team.  Also, trying to get an understanding of some
13 of the competition that we have with other companies.  I know
14 that the other day you submitted an email about a Vivint rep
15 coming to the house.
16     MR. LOVE:  Yeah.  It's been a little while now, but
17 yeah.
18     MIKE:  I apologize.  I'm just kind of doing some
19 follow-ups on some of those emails.
20     MR. LOVE:  That's fine.
21     MIKE:  And I just want to touch base with you to kind
22 of find out what that experience was like.
23     When the Vivint rep came out to approach you, how did
24 they introduce their service?
25     MR. LOVE:  Just -- I could see it on the -- I think

3

1  he was wearing, you know, the red CPI shirt, so I knew the CPI
2  guy, I was expecting him.  I've seen him before actually, he's
3  come to our house a couple -- maybe two years prior so I've
4  actually seen him before so I kind of recognized the face
5  there, but like I said, it's been a little while so I don't
6  remember everything, but I'm sure it's -- you know, here's my
7  name, I'm from CPI, I'm here to do your doorbell camera, and
8  that was the main gist of it.
9           MIKE:  Okay.  And then I know that somewhere along
10 the line you also had a rep come from the Vivint Security
11 Company about switching over to them.
12          MR. LOVE:  Yes.  Vivint.  V-I-V-E-N-T maybe.
13          MIKE:  Uh-huh.  So let me see -- if you can bear with
14 me.  I'm just trying to pull up some notes.  I guess the notes
15 I have here said that you had -- somebody came in there and
16 they asked for the previous owner of the house?
17          MR. LOVE:  Yeah.  Originally they asked, "Are you
18 Michael Hughs?"
19          And I'm like, "No, he's -- he was the previous owner
20 of the home and he hasn't been here for -- for at least seven
21 years, maybe even eight or the nine years," because we bought
22 the home on foreclosure so that owner had not been there for
23 quite awhile.
24          MIKE:  Okay.  And when they were talking about their
25 service, how did they introduce you to that service?

1    MR. LOVE:  It was a little confusing.  It was
2  something similar to -- he almost made it sound like they
3  bought out CPI, but then when I came back and said, "So are
4  you related to CPI in some way?"  And he said, "No, we're a
5  completely separate company."
6         So it was very strange.  I think maybe what he was
7  trying to get across was we've got the products from CPI,
8  we've got better products.  I don't really remember to be
9  honest because the whole thing was very confusing when I was
10 talking to him.  And first of all, I wasn't interested in
11 getting his -- their product anyways.
12        MIKE:  Uh-huh.
13        MR. LOVE:  So paying attention to his whole spiel
14 wasn't necessarily on the front of my mind either.  It was
15 just, finish what you got to say and I'll send you on your
16 way.
17        MIKE:  Nope.  I absolutely understood.  And that's
18 kind of the experience that I'm getting from some of the other
19 calls, is that it was a confusing pitch.  And a lot of the
20 other people that I've spoken with said that they thought that
21 either they had bought out CPI or they worked with CPI, and
22 that's part of the reason that I'm doing some of these
23 follow-up calls, is just to kind of see actually what's been
24 happening there.
25        MR. LOVE:  Yeah.

5

1  MIKE:  Now, unfortunately, we don't have access to --
2  I know in your message said if we could ac -- if we could
3  access the doorbell cameras, we could probably find it.
4  Unfortunately, you know, for your protection we don't have
5  access to your doorbell camera recordings, so that wasn't
6  something that we were able to do.
7  MR. LOVE:  Okay.
8  MIKE:  But I -- that's what I was trying to find out
9  is what they're -- if it's something where they're saying they
10  bought out CPI or they're offering to buy out contracts from
11  CPI, that's one of the things that I'm trying to do some
12  follow-up with, is kind of exactly what's happening there.
13  MR. LOVE:  Yeah.  I'm trying to remember if he said
14  anything about buying out the contract or not.  Because I
15  don't -- I don't remember -- I don't remember exactly.
16  But at one point he did offer to come in and see
17  where our panel was and talk about it.  And then just from the
18  whole shadiness of the whole thing I just said, "No, we'll
19  stay out here.  You don't need to see where my panel is.  You
20  don't need to come look at it."
21  MIKE:  No, I absolutely understand that.
22  Now, when they were talking about their services, did
23  they mention that they did a 30-day trial or a 7-day trial or
24  anything like that for their systems?
25  MR. LOVE:  I don't remember unfortunately.

1  MIKE: Okay. Well, I think that pretty much kind of
2  gives me an idea of exactly what's happening in your
3  neighborhood. I have a couple of other people that are also
4  up in that area that I'm going to be following up with, so I'm
5  just -- I do want to thank you for taking the time to speak
6  with me today.
7  MR. LOVE: Sure.
8  MIKE: If it's okay with you, I'm going to send you
9  just a quick follow-up email. If you have any additional
10  information, any comments you feel would be beneficial, then
11  you can just reply to that email.
12  MR. LOVE: Okay. Sounds good.
13  MIKE: And the address I have here is we send it to
14  the christopherdlove@yahoo?
15  MR. LOVE: Yes.
16  MIKE: Okay. I'll go ahead and get that sent over
17  right now. And thanks for taking the time to speak with me
18  today.
19  MR. LOVE: All right. Appreciate it.
20  MIKE: Have a good day, sir.
21  MR. LOVE: You, too.

7

1        CERTIFICATE

2  STATE OF UTAH        )
                        ) ss.
3  COUNTY OF WEBER      )

4

5        I, Tracy A. Fresh, do hereby certify that the

6  foregoing pages 2 through 6 constitute a true and accurate

7  transcript of the audio proceedings to the best of my

8  knowledge and ability as a Certified Court Reporter in and

9  for  the State of Utah.

10       Dated this 21st day of October, 2021.

11

12

13                          *[signature]*

                       Tracy A. Fresh, RPR, CCR
14

15