EXHIBIT 9

```
      IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NORTH CAROLINA
      CHARLOTTE DIVISION         3:20-CV-00504-FDW-DSC


      CPI SECURITY SYSTEMS, INC.,

             Plaintiff and
             Counterclaim Defendant,
          vs.
      VIVINT SMART HOME, INC.
      f/k/a MOSAIC ACQUISITION
      CORP.; LEGACY VIVINT SMART
      HOME, INC. f/k/a VIVINT SMART
      HOME, INC.,
             Defendants and
             Counterclaimants.



        VIDEOTAPED VIRTUAL ZOOM 30(b)(6) DEPOSITION OF
         CPI SECURITY SYSTEMS, INC. BY JOHN SHOCKNESSE

              (Taken by Defendants/Counterclaimants)

                   Charlotte, North Carolina

                 Thursday, September 23, 2021




      Reported by Andrea L. Kingsley, RPR

      Job No. CS4810616
```

```
 1                    A P P E A R A N C E S
                          (All via Zoom)
 2
      ON BEHALF OF THE PLAINTIFF AND COUNTERCLAIM
 3    DEFENDANT:
 4                  Gregory W. Herbert, Esquire
                    Stephen Anderson, Esquire
 5                  Greenberg Traurig, LLP
                    450 S. Orange Avenue, Suite 650
 6                  Orlando, Florida 32801
                    (407) 420-1000
 7                  Herbertg@gtlaw.com
 8                       - and -
 9                  Michael N. Kreitzer, Esquire
                    Greenberg Traurig, LLP
10                  333 S.E. 2nd Avenue, Suite 4400
                    Miami, Florida 33131
11                  (305) 579-0500
                    Kreitzerm@gtlaw.com
12
13    ON BEHALF OF THE DEFENDANT AND COUNTERCLAIMANTS:
14                  Eric Hobbs, Esquire
                    Charles Eblen, Esquire
15                  Shook Hardy & Bacon, LLP
                    1660 17th St., Suite 450
16                  Denver, Colorado 80202
                    (303) 285-5300
17                  Ehobbs@shb.com
18
      ON BEHALF OF THE DEFENDANT AND COUNTERCLAIMANTS:
19
                    Matthew A. Steward, Esquire
20                  Clyde Snow & Sessions, P.C.
                    One Utah Center, 13th Floor
21                  201 South Main Street
                    Salt Lake City, Utah 84111-2216
22                  (801) 322-2516
                    Mas@clydesnow.com
23
24
25
```

```
 1              A P P E A R A N C E S (Cont'd)
                       (All via Zoom)
 2
      ON BEHALF OF THE DEFENDANT AND COUNTERCLAIMANTS:
 3
                  Andrew H. Erteschik, Esquire
 4                Poyner Spruill, LLP
                  301 Fayetteville St., Suite 1900
 5                Raleigh, North Carolina 27601
                  (919) 783-6400
 6                Aerteschik@poynerspruill.com
 7
      ALSO PRESENT:  Paula Castro, Greenberg Traurig
 8
      VIDEOGRAPHER:  DeAndrae Harris
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1              VIDEOTAPED VIRTUAL ZOOM 30(b)(6)
2         DEPOSITION OF CPI SECURITY SYSTEMS, INC. BY
3         JOHN SHOCKNESSE, a witness called on behalf of
4         the Defendants/Counterclaimants pursuant to
5         the Federal Rules of Civil Procedure, before
6         Andrea L. Kingsley, Notary Public, in and for
7         the State of North Carolina, at Charlotte,
8         North Carolina, on Thursday, September 23,
9         2021, commencing at 9:06 a.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                INDEX OF EXAMINATIONS
 2                                                   PAGE
 3    Mr. Herbert                                    7
 4
 5
 6                 INDEX OF EXHIBITS
                                                     PAGE
 7
      Exhibit 1, 30(b)(6) deposition notice     11
 8    Exhibit 2, Amended Complaint              170
      Exhibit 3, CPI's initial disclosure       242
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1       Q.    ==The answer to my question is yes, you==
2    ==did testify earlier that customer statements are not==
3    ==always reliable in part because, for example, the==
4    ==customer may have an economic motivation to not give==
5    ==a reliable statement; yes or no to that?==
6               ==MR. HOBBS:  Objection to the form.==
7       ==A.    Yes, you did ask me that and I gave that==
8    ==answer.==
9       Q.    I think we are done.  Let me ask you,
10   Mr. Shocknesse, now that it's been a long day and
11   we've covered a lot of topics, any testimony that
12   you have given today that you feel you need to
13   change or modify or amend in any way?
14      A.    No.  I think after lunch we clarified my
15   confusion.  So.
16      Q.    Okay.  Other than that, nothing you need
17   to clarify or amend or change in your testimony?
18      A.    Nothing that I can think of, sir.
19      Q.    Okay.  Then I am done with my initial
20   examination.  I don't know if your counsel might
21   have questions for you.  If they do, I might have
22   some follow up.  But I will -- if not, I thank you
23   for your time.
24              MR. HOBBS:  No questions from me.
25      I think this concludes Mr. Shocknesse's