UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00504-FDW-DSC

| | | |
|---|---|---|
| CPI SECURITY SYSTEMS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| VIVINT SMART HOME, INC. *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court *sua sponte* as to the trial setting in this matter, which is currently scheduled to begin February 14, 2022. Given the ongoing spike of the coronavirus pandemic in the United States and the State of North Carolina, and the length of time anticipated for trial, the Court hereby continues trial in this matter to June 13, 2022.

IT IS SO ORDERED.

Signed: February 4, 2022

Frank D. Whitney
United States District Judge