UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-0504-FDW-DSC

| | | |
|---|---|---|
| CPI SECURITY SYSTEMS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| VIVINT SMART HOME, INC. *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

THIS MATTER is before the Court on Plaintiff's Motion in Limine, (Doc. No. 102), and Defendants' Motion in Limine, (Doc. No. 116). The Court held a hearing on the Motions on March 25, 2022. For the reasons stated in open court at the hearing, IT IS THEREFORE ORDERED that Plaintiff's Motion in Limine, (Doc. No. 102), is DENIED IN PART, to the extent it seeks exclusion of evidence related to Mr. Gill's e-mail and Ms. Phelps' lawsuit, and GRANTED IN PART, to the extent it seeks exclusion of allegations concerning Plaintiff's employment and operational practices related to the issue of race; and Defendants' Motion in Limine, (Doc. No. 116) is DENIED.

IT IS SO ORDERED.

Signed: March 28, 2022

Frank D. Whitney
United States District Judge