UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00504-FDW-DSC

CPI SECURITY SYSTEMS, INC.,

    Plaintiff,

v.

VIVINT SMART HOME, INC. f/k/a
Mosaic Acquisition Corp.; and LEGACY
VIVINT SMART HOME, INC. f/k/a
Vivint Smart Home, Inc.,

    Defendants.

**PLAINTIFF CPI SECURITY SYSTEMS, INC.'S <u>SUPPLEMENTAL</u> TRIAL WITNESS DISCLOSURE**

Plaintiff CPI Security Systems, Inc. ("CPI") hereby supplements its previously-filed Trial Witness List (Doc 81-7) and Rule 26 disclosures to identify the following individual who is expected to testify on behalf of CPI at trial. All other aspects of CPI's previously-submitted witness list remain unchanged.

**I.**    **CPI EMPLOYEES**

  **a. Expected to Testify**

    1.   **Thomas James (TJ) Groner**, Controller of CPI Security Systems, Inc., c/o Shook, Hardy & Bacon L.L.P., 2555 Grand Boulevard, Kansas City, Missouri 64108. Mr. Groner is disclosed as a substitute witness for previously-disclosed CPI witness and 30(b)(6) corporate representative Eric Schachner in light of Mr. Schachner's recent end of employment with CPI. Mr. Groner will testify regarding the same topics previously described in the disclosure of Mr. Schachner and covered by Mr. Schachner at the 30(b)(6) deposition of CPI, including deceptive sales practices complaints by CPI customers about Vivint and damages and other issues related to those complaints, as well as CPI's trademarks as they relate to the issues in dispute.

Dated: April 7, 2022	Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By:	/s/ *Caroline M. Gieser*
North Carolina Bar No. 51610
cgieser@shb.com
1230 Peachtree Street, Suite 1200
Atlanta, Georgia 30309
(470) 867-6013

-and-

/s/ *Charles C. Eblen*
Charles C. Eblen (Admitted *Pro Hac Vice*)
Missouri Bar No. 55166
ceblen@shb.com
Erin M. Fishman (Admitted *Pro Hac Vice*)
Missouri Bar No. 69842
efishman@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550

-and-

/s/ *Eric J. Hobbs*
Eric J. Hobbs (Admitted *Pro Hac Vice*))
Colorado Bar No. 46813
ehobbs@shb.com
Daniel E. Rohner (Admitted *Pro Hac Vice*)
Colorado Bar No. 27469
drohner@shb.com
SHOOK, HARDY & BACON L.L.P.
1660 17th Street, Suite 450
Denver, Colorado 80202
(303) 285-5300

*Counsel for Plaintiff*
*CPI Security Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 7th day of April, 2022, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

/s/ *Caroline M. Gieser*