UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VIVINT SMART HOME, INC. *et al.*, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on the parties' Consent Motion to Vacate Trial, (Doc. No. 126), filed June 9, 2022. For the reasons set forth in the Motion, the Motion is GRANTED. Accordingly, the trial setting in this matter, currently scheduled to begin June 13, 2022, is CONTINUED to a date to be determined. The Court will schedule a status conference at its earliest convenience.

IT IS SO ORDERED.

Signed: June 10, 2022

Frank D. Whitney
United States District Judge