UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> VIVINT SMART HOME, INC. *et al.*, ) </br> ) </br> Defendants. ) </br> ) | NOTICE OF HEARING |

This matter is before the Court *sua sponte* as to the trial setting in this case. The parties shall TAKE NOTICE that trial in this matter will begin with a pretrial conference on Monday, February 6, 2023, at 9:00 a.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. *Voir dire* will immediately follow the pretrial conference.

IT IS SO ORDERED.

Signed: August 22, 2022

Frank D. Whitney
United States District Judge