UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., </br></br> Plaintiff, </br></br> vs. </br></br> VIVINT SMART HOME, INC., ET. AL </br></br> Defendants. | NOTICE OF HEARING |

THIS MATTER is before the Court sua sponte as to the pretrial conference setting in this case, which is currently set for February 6, 2023. In order to get an update from the parties as to whether there has been any change in the posture of this case and to discuss other issues with counsel, the Court finds that a pretrial conference prior to the first day of trial is necessary in this matter. Only one counsel per party needs to attend in person, and other counsel of record may participate by phone if necessary.

TAKE NOTICE that a pretrial conference will take place on Thursday, December 1, 2022, at 10:00 a.m. in Courtroom #5B of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.

IT IS SO ORDERED.

Signed: November 17, 2022

Frank D. Whitney
United States District Judge