# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

CPI SECURITY SYSTEMS, INC.

        Plaintiff,

    v.

VIVINT SMART HOME, INC.
f/k/a MOSAIC ACQUISITION CORP.;
LEGACY VIVINT SMART HOME, INC.
f/k/a VIVINT SMART HOME, INC.

        Defendants.
_____/

## AMENDED NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the parties' stipulation regarding remote depositions, Defendants Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp. and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc. (together, "Vivint"), shall take the deposition of **Kenneth Gill**, upon oral examination of **Tuesday, August 31, 2021**, commencing at **9:00 a.m. MT/11:00 a.m. ET**, via remote videoconference technology, on the matters described in Exhibit A attached hereto.

The deposition will be taken before a notary public or some other person duly authorized to administer an oath and will be recorded steno-graphically and by videotape. The deposition will be taken for the purposes of discovery, to perpetuate the testimony of the witness for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure, the Local Rules of this Court, or any other applicable rules or law.

Respectfully submitted the 27th day of August 2021.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **CLYDE SNOW & SESSIONS, P.C.** |
| | |
| *s/Gregory W. Herbert* | Matthew A. Steward |
| Gregory W. Herbert | Utah Bar No. 7637 |
| Florida Bar No. 111510 | mas@clydesnow.com |
| herbertg@gtlaw.com | Shannon K. Zollinger |
| 450 S. Orange Avenue, Suite 650 | Utah Bar No. 12724 |
| Orlando, FL 32801 | skz@clydesnow.com |
| Telephone: (407) 420-1000 | One Utah Center, 13th Floor |
| | 201 South Main Street |
| Michael N. Kreitzer | Salt Lake City, UT 84111-2216 |
| Florida Bar No. 705561 | Telephone: (801) 322-2516 |
| kreitzerm@gtlaw.com | |
| 333 S.E. 2nd Avenue, Suite 4400 | *Counsel for Defendants* |
| Miami, FL 33131 | |
| Telephone: (305) 579-0500 | |

*Counsel for Defendants*

**POYNER SPRUILL LLP**

Steven B. Epstein
N.C. State Bar No. 17396
sepstein@poynerspruill.com
Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poynerspruill.com
John M. Durnovich
N.C. State Bar No. 47715
jdurnovich@poynerspruill.com
N. Cosmo Zinkow
N.C. State Bar No. 53778
nzinkow@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: (919) 783-2895

*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 27, 2021, I emailed the foregoing document to each attorney of record for Plaintiff.

<u>*s/Gregory W. Herbert*</u>