# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00504-FDW-DSC

CPI SECURITY SYSTEMS, INC.,

    Plaintiff and Counterclaim Defendant,

        v.

VIVINT SMART HOME, INC. f/k/a Mosaic Acquisition Corp.; and LEGACY VIVINT SMART HOME, INC. f/k/a Vivint Smart Home, Inc.,

    Defendants and Counterclaimants.

**PLAINTIFF AND COUNTERCLAIM DEFENDANT CPI SECURITY SYSTEMS, INC.'S NOTICE OF DEPOSITION OF DAVID H. BYWATER**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the parties' stipulation regarding remote depositions, Plaintiff and Counterclaim Defendant CPI Security Systems, Inc. shall take the deposition, upon oral examination, of **DAVID H. BYWATER**, via remote "Zoom" technology, as follows:

**DEPONENT:** **DAVID H. BYWATER**, Chief Executive Officer & Director, Vivint Smart Home, Inc.

**DATE:** August 31, 2021

**TIME:** 1:00 p.m. Mountain Time / 2:00 Central Time / 3:00 Eastern Time

**LOCATION:** Via Zoom video conference (to be provided at a later date by Veritext Court Reporting)

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, who will also appear at the deposition by remote means. The deposition will be deemed taken at the place the witness is located pursuant to Fed. R. Civ. P. 30(b)(4). The deposition shall be recorded remotely by videotape and

1

stenographic means. Should any technological challenges present with respect to video/"Zoom" capabilities, undersigned counsel reserves the right to proceed by telephone.

Dated: August 27, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Charles C. Eblen*
Charles C. Eblen (Admitted *Pro Hac Vice*)
Missouri Bar No. 55166
ceblen@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550

-and-

/s/ *Eric J. Hobbs*
Daniel E. Rohner (Admitted *Pro Hac Vice*)
Colorado Bar No. 27469
drohner@shb.com
Eric J. Hobbs (Admitted *Pro Hac Vice*))
Colorado Bar No. 46813
ehobbs@shb.com
SHOOK, HARDY & BACON L.L.P.
1660 17th Street, Suite 450
Denver, Colorado 80202
(303) 285-5300

-and-

Caroline M. Gieser
North Carolina Bar No. 51610
cgieser@shb.com
1230 Peachtree Street, Suite 1200
Atlanta, Georgia 30309
(470) 867-6013

*Counsel for Plaintiff and Counterclaim Defendant CPI Security Systems, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of August, 2021, I served the foregoing document by U.S. mail and/or electronic mail upon the following:

Andrew H. Erteschik
aerteschik@poynerspruill.com
Steven B. Epstein
sepstein@poynerspruill.com
N. Cosmo Zinkow
nzinkow@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, North Carolina 27602-1801
(919) 783-6400
  -and-
J.M. Durnovich
jdurnovich@poynerspruill.com
POYNER SPRUILL LLP
301 S. College Street, Suite 2900
Charlotte, North Carolina 28202
(704) 342-5250
  -and-
Gregory W. Herbert (admitted *pro hac vice*)
herbertg@gtlaw.com
castrop@gtlaw.com
Michael N. Kreitzer (admitted *pro hac vice*)
kreitzerm@gtlaw.com
belloy@gtlaw.com
Joshua R. Brown (admitted *pro hac vice*)
brownjr@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
(407) 420-1000
  -and-
Michael N. Kreitzer (admitted *pro hac vice*)
kreitzerm@gtlaw.com
belloy@gtlaw.com
Jared R. Kessler (admitted *pro hac vice*)
kesslerj@gtlaw.com
cruzm@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131

3

(305) 579-0500
        -and-
Matthew A. Steward (admitted *pro hac vice*)
mas@clydesnow.com
Shannon K. Zollinger (admitted *pro hac vice*)
skz@clydesnow.com
CLYDE SNOW & SESSIONS
201 S. Main Street, Suite 1300
Salt Lake City, Utah 84111
(801) 322-2516

*Counsel for Defendants/Counterclaimants*

                                  /s/ *Eric Hobbs*
                                  Eric J. Hobbs