# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| At CPI Security Systems, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00504-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Legacy Vivint Smart Home, Inc. | ) | |
| Vivint Smart Home, Inc., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's February 17, 2023 Verdict.

February 17, 2023

Frank G. Johns, Clerk
United States District Court