UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　　v. <br><br>VIVINT SMART HOME, INC., et al., <br><br>　　　　　　　　Defendants. | **VIVINT'S RESPONSE TO *PRO SE* MOTION FOR TRANSCRIPTS** |

In response to the motion by Ms. Christie Smythe, Defendants Vivint Smart Home, Inc. and Legacy Vivint Smart Home, Inc. take no position, but state the following:

It appears that the Administrative Office of the United States Courts, the Court's law clerk, and the Court's Official Court Reporter have informed Ms. Smythe of the process for receiving transcripts. Doc. 153 at 2.

At present, the Court's Official Court Reporter estimates an early-April delivery of the transcripts to the parties. Doc. 152 at 2. Immediately after receiving the transcripts, Vivint will examine them for any necessary redactions. If any redactions are needed, Vivint will confer with CPI and notify the Court immediately. That process should expedite the availability of the transcripts that Ms. Smythe seeks.

Respectfully submitted the 7th day of March, 2023.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **CLYDE SNOW & SESSIONS, P.C.** |

Michael N. Kreitzer
Florida Bar No. 705561
kreitzerm@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500

Joshua R. Brown
Florida Bar No. 826391
brownjr@gtlaw.com
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: (407) 420-1000

**Counsel for Defendants**

Matthew A. Steward
Utah Bar No. 7637
mas@clydesnow.com
Shannon K. Zollinger
Utah Bar No. 12724
skz@clydesnow.com
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, UT 84111-2216
Telephone: (801) 322-2516

**Counsel for Defendants**

**POYNER SPRUILL LLP**

By: s/ Andrew H. Erteschik
Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poynerspruill.com
John M. Durnovich
N.C. State Bar No. 47715
jdurnovich@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: (919) 783-2895

**Local Counsel for Defendants**

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

This the 7th day of March, 2023.

s/ Andrew H. Erteschik
Andrew H. Erteschik

3

Case 3:20-cv-00504-FDW-DSC   Document 155   Filed 03/07/23   Page 3 of 3