UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC.<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>VIVINT SMART HOME, INC.<br>f/k/a MOSAIC ACQUISITION CORP.;<br>LEGACY VIVINT SMART HOME, INC.<br>f/k/a VIVINT SMART HOME, INC.<br><br>　　　　　　　　Defendants. | **PLAINTIFF'S RESPONSE TO *PRO SE* MOTION FOR TRANSCRIPTS** |

In response to the motion filed by Ms. Christie Smythe, Plaintiff CPI Security Systems ("CPI"), Inc. states the following:

CPI does not oppose the motion. It is CPI's view that the testimony and exhibits admitted in open court are open to the public pursuant to the broad right of access recognized by the Fourth Circuit and the Western District of North Carolina for court records. *See, e.g.*, *Doe v. Pub. Citizen*, 749 F.3d 246, 266 (4th Cir. 2014) ("We have cautioned district courts that the right of public access, whether arising under the First Amendment or the common law, "may be abrogated only in unusual circumstances."); *Legal Newsline v. Garlock Sealing Techs. LLC*, 518 B.R. 358, 364 (W.D.N.C. 2014) ("[T]he public and the press have a co-extensive right to view and consider documents tendered a judge and/or jury when a dispute in brought in the ultimate public forum, a courtroom."). Furthermore, CPI does not intend to redact anything made part of the public record in open court.

1

Dated: March 7, 2023                    Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: s/ *Caroline M. Gieser*
    Caroline M. Gieser
    North Carolina Bar No. 51610
    cgieser@shb.com
    1230 Peachtree Street, Suite 1200
    Atlanta, Georgia 30309
    (470) 867-6013

            -and-

    s/ Charlie C. Eblen
    Charles C. Eblen (Admitted *Pro Hac Vice*)
    Missouri Bar No. 55166
    ceblen@shb.com
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, Missouri 64108-2613
    (816) 474-6550

            -and-

    s/ Eric J. Hobbs
    Daniel E. Rohner (Admitted *Pro Hac Vice*)
    Colorado Bar No. 27469
    drohner@shb.com
    Eric J. Hobbs (Admitted *Pro Hac Vice*))
    Colorado Bar No. 46813
    ehobbs@shb.com
    SHOOK, HARDY & BACON L.L.P.
    1660 17th Street, Suite 450
    Denver, Colorado 80202
    (303) 285-5300

    ***Counsel for Plaintiff CPI Security Systems, Inc.***

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of March, 2023, I served the foregoing document by ECF upon the following:

Andrew H. Erteschik
aerteschik@poynerspruill.com
Steven B. Epstein
sepstein@poynerspruill.com
N. Cosmo Zinkow
nzinkow@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, North Carolina 27602-1801
(919) 783-6400
    -and-
J.M. Durnovich
jdurnovich@poynerspruill.com
POYNER SPRUILL LLP
301 S. College Street, Suite 2900
Charlotte, North Carolina 28202
(704) 342-5250
    -and-
Gregory W. Herbert (admitted *pro hac vice*)
herbertg@gtlaw.com
castrop@gtlaw.com
Michael N. Kreitzer (admitted *pro hac vice*)
kreitzerm@gtlaw.com
belloy@gtlaw.com
Joshua R. Brown (admitted *pro hac vice*)
brownjr@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
(407) 420-1000
    -and-
Michael N. Kreitzer (admitted *pro hac vice*)
kreitzerm@gtlaw.com
belloy@gtlaw.com
Jared R. Kessler (admitted *pro hac vice*)
kesslerj@gtlaw.com
cruzm@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400

Miami, Florida 33131
(305) 579-0500
       -and-
Matthew A. Steward (admitted *pro hac vice*)
mas@clydesnow.com
Shannon K. Zollinger (admitted *pro hac vice*)
skz@clydesnow.com
CLYDE SNOW & SESSIONS
201 S. Main Street, Suite 1300
Salt Lake City, Utah 84111
(801) 322-2516

*Counsel for Defendants/Counterclaimants*

                                      /s/ *Caroline M. Gieser*
                                      Caroline M. Gieser

                                      ***Attorney for Plaintiff CPI Security Systems, Inc.***