UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIVINT SMART HOME, INC.<br>f/k/a MOSAIC ACQUISITION CORP.<br>and LEGACY VIVINT SMART HOME,<br>INC. f/k/a VIVINT SMART HOME, INC.,<br><br>Defendants. | **VIVINT'S MOTION FOR<br>POST-TRIAL RELIEF** |

In accordance with Rules 50 and 59 of the Federal Rules of Civil Procedure, Defendants Vivint Smart Home, Inc. and Legacy Vivint Smart Home, Inc. (together, Vivint) respectfully move the Court for post-trial relief.

As set forth in the brief supporting this motion, Vivint asks that the Court:

(1) alter or amend the judgment under Rule 59(e) or, alternatively, remit CPI's damages or order a new trial under Rule 59(a), because limits on double recovery and on non-compensatory damages restrict CPI's recovery to a subset of the damages awards on the verdict sheet;

(2) grant judgment as a matter of law under Rule 50(b) for Vivint on CPI's North Carolina Unfair and Deceptive Trade Practices Act claim, because CPI failed to prove that it relied on Vivint's alleged misrepresentations; and

(3) grant judgment as a matter of law under Rule 50(b) for Vivint on damages or, alternatively, remit CPI's damages or order a new trial under Rule 59(a), because (a) the jury's inflated awards resulted from the erroneous admission of inflammatory evidence, and (b) CPI failed to introduce sufficient admissible evidence to support the jury's damages awards.

Respectfully submitted the 17th day of March, 2023.

| **GREENBERG TRAURIG, LLP** | **CLYDE SNOW & SESSIONS, P.C.** |
|---|---|
| Michael N. Kreitzer<br>Florida Bar No. 705561<br>kreitzerm@gtlaw.com<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>Telephone: (305) 579-0500<br><br>**Counsel for Defendants** | Matthew A. Steward<br>Utah Bar No. 7637<br>mas@clydesnow.com<br>One Utah Center, 13th Floor<br>201 South Main Street<br>Salt Lake City, UT 84111-2216<br>Telephone: (801) 322-2516<br><br>**Counsel for Defendants** |
| **ROBINSON, BRADSHAW & HINSON, P.A.** | **POYNER SPRUILL LLP** |
| s/ Matthew W. Sawchak<br>Matthew W. Sawchak<br>N.C. State Bar No. 17059<br>msawchak@robinsonbradshaw.com<br>Erik R. Zimmerman<br>N.C. State Bar No. 50247<br>ezimmerman@robinsonbradshaw.com<br>434 Fayetteville St., Suite 1600<br>Raleigh, NC 27601<br>Telephone: (919) 239-2600<br><br>**Counsel for Defendants** | s/ Andrew H. Erteschik<br>Andrew H. Erteschik<br>N.C. State Bar No. 35269<br>aerteschik@poynerspruill.com<br>John M. Durnovich<br>N.C. State Bar No. 47715<br>jdurnovich@poynerspruill.com<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>Telephone: (919) 783-2895<br><br>**Counsel for Defendants** |

## **CERTIFICATE OF SERVICE**

  I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

  This the 17th day of March, 2023.

                s/ Matthew W. Sawchak
                Matthew W. Sawchak