UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00504-FDW-DSC

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| VIVINT SMART HOME, INC. ) | |
| f/k/a MOSAIC ACQUISITION CORP., ) | |
| and LEGACY VIVINT SMART HOME, ) | |
| INC., f/k/a VIVINT SMART HOME, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on the parties' Stipulation and Joint Motion for Approval of Amount of Supersedeas Bond. (Doc. No. 162).

For good cause shown, the Motion (Doc. No. 162) is **GRANTED**.

**IT IS THEREFORE ORDERED** that, pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, a supersedeas bond in the amount of $189,700,000 is **APPROVED**.

**IT IS SO ORDERED.**

Signed: March 21, 2023

_____
Frank D. Whitney
United States District Judge

1