# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case Number: **3:20-cv-00504-MOC-WCM**

| | | |
|---|---|---|
| CPI Security Systems, Inc. | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| Vivint Smart Home, Inc. et al | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; including maintaining them in a manner and format facilitating efficient distribution in the event of a request for access to trial exhibits from the media or other member of the public; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

Signed: September 7, 2023

Max O. Cogburn Jr.
United States District Judge