IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00504-MOC-WCM

| | |
|---|---|
| CPI SECURITY SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| VIVINT SMART HOME, INC. ) | |
| *formerly known as* ) | |
| *Mosaic Acquisition Corp.*; and ) | |
| LEGACY VIVINT SMART HOME, INC. ) | |
| *formerly known as* ) | |
| *Vivint Smart Home, Inc.*; ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Defendant's Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 197) filed by Andrew H. Erteschik. The Motion indicates that Mr. Erteschik, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Ellyde R. Thompson, who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 197) and **ADMITS** Ellyde R. Thompson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 25, 2023

W. Carleton Metcalf
United States Magistrate Judge